UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

------------------------------------------------------------------

| | |
|---|---|
| Amy Harrod as Trustee for the Heirs and Next-of-Kin of Russell Hampton Harrod, Deceased, | PLAINTIFF'S MOTION FOR FOR APPROVAL OF SETTLEMENT AND ALLOCATION OF PROCEEDS |
| Plaintiff, | |
| vs. | COURT FILE NO. 10-CV-04208 DWF/LIB |
| Quanta Services, Inc., | |
| Defendant. | |

------------------------------------------------------------------

The plaintiff moves the Court as follows:

1. The Granting of her attached Petition for Approval of Settlement and Allocation of Proceeds.

2. Such other relief as the Court shall deem just and equitable.

Dated: July 12, 2011

MATONICH & PERSSON, CHARTERED

By: S / David A. Arndt
    EDWARD J. MATONICH - #68603
    DAVID A. ARNDT - #149330
    Attorneys for Plaintiff
    2031 Second Avenue East
    P.O. Box 127
    Hibbing, Minnesota 55746

    (218) 263 -8881