# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Amy Harrod,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Quanta Services, Inc.,<br><br>　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Donovan W. Frank<br>U.S. District Judge<br><br>Case No:　　　　CV 10-4208 DWF/LIB<br>Date:　　　　　July 25, 2011<br>Court Reporter:　Jeanne Anderson<br>Time Commenced:　9:35 a.m.<br>Time Concluded:　10:00 a.m.<br>Time in Court:　25 Minutes |

Hearing on: **Motion for Approval of Settlement and Allocation of Proceeds (Doc. No. 15)**

APPEARANCES:

　　Plaintiff:　　David A. Arndt, David J. Hatteberg
　　Defendant:　Margaret Meier

PROCEEDINGS:

　　☐ Plaintiff's Witnesses:
　　☐ Plaintiff' Exhibits:
　　☐ Defendant's Witnesses:
　　☐ Defendant's Exhibits:

**\*\*IT IS ORDERED**: Confidential settlement approved. Order approving settlement and transcript of hearing to be filed **UNDER SEAL**.

　　☒ **Submitted**　　　☐ **Sustained**　　　☐ **Overruled**
　　☐ Brief time set:
　　☒ Written order forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/B. Schaffer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk